*152193*

# DIVIDENDS REMITTED TO THE COURT

Case Number 10-14715 - SPEER, FLOYD ARTHUR

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Crafter's Choice Book Club/Rjm Acq | 000001 | 56.78 | 4.76 |
| 575 Underhill Blvd., Ste. 2 | | | |
| Syosset, NY 11791 | | | |

---------- Remittance Total ------------

| | | 56.78 | *CK# 102* | 4.76 |

DAVID O. SIMON, TRUSTEE

Printed: 04/08/11 10:46 AM   Ver: 16.01c